USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

POLAT KEMAL, et al.

      Plaintiffs,

 - against -

HERTZ CORPORATION,

      Defendant.

------------------------------------------------------------X

19 Civ. 05461 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 21, 2020, the Court held a conference to discuss several issues relating to discovery and case management following correspondence from the parties. (Dkt. 38, 39.)

Plaintiffs' letter motion in connection with discovery disputes is resolved in the manner set forth on the record. The Clerk of the Court is respectfully directed to terminate the motion pending at Dkt. 38.

For the reasons discussed during the conference, the deadline for Plaintiffs' motion for class certification is extended from March 1, 2020 to May 1, 2020.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 21, 2020
    New York, New York