USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-11-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
POLAT KEMAL, et al.

                  Plaintiffs,

- against -

HERTZ CORPORATION,

                  Defendant.
-----------------------------------------------------------------X

19 Civ. 05461 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties' joint request (Dkt. 47) for a stay of this matter pending mediation scheduled for on or about June 22, 2020 is GRANTED as follows.

1. The case is stayed pending the mediation scheduled for June 2020.

2. Within fourteen days of completing the mediation, the parties shall file a proposed schedule for either (a) continuation of the litigation with new proposed deadlines (including any motion for class certification), or (b) a proposed schedule for settlement-related proceedings.

3. If the mediation is not completed by June 30 2020, then by July 7, 2020 the parties shall so inform the Court and propose next steps. The Court will not stay the case indefinitely.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    March 11, 2020
           New York, New York