```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POLAT KEMAL,

                Plaintiff,

      - against -

HERTZ CORP.,

                Defendant.
------------------------------------------------------------X

19 Civ. 05461 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to the automatic stay imposed as a result of Defendant's Suggestion of Bankruptcy, this case is STAYED sine die. Within two weeks following progression of the bankruptcy proceeding such as would lift the automatic stay, Defendant shall so file a notice to that effect.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated:      May 29, 2020
               New York, New York

Copies transmitted to all counsel of record.