```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POLAT KEMAL,                                                :
                                                            :
                              Plaintiff,                    :
                                                            :
              - against -                                   :
                                                            :
HERTZ CORPORATION,                                          :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

19-CV-5461 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 29, 2020, this matter was automatically stayed as a result of Defendant's Suggestion of Bankruptcy. The parties shall provide the Court with a status report on the bankruptcy proceedings by **April 12, 2021**. The parties shall thereafter file status reports every 6 months and notify the Court within 10 days after the bankruptcy proceedings have arrived at a point where the stay of this case may be lifted.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  April 5, 2021
        New York, New York

Copies transmitted this date to all counsel of record.